IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL T. HUTCHISON,

    Plaintiff,         Civil No. 05-372-CO

    v.               ORDER

MARION COUNTY TAX
OFFICE, et al.,

    Defendants.

COONEY, Magistrate Judge.

    Plaintiff's Motion to Amend Complaint (#13) is allowed. Plaintiff's Amended Complaint (#14) is the operative pleading before the court. Accordingly, defendants' Motions to dismiss (#9) and (#11) are denied as moot.

    DATED this _15__ day of August, 2005.

                                      S/
                              John P. Cooney
                              United States Magistrate Judge

1 - ORDER